■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE MAY ADAMS, Appellant.—Appeal by the defendant, as limited by her brief, from a sentence of the County Court, Dutchess County (King, J.), imposed October 3, 1988.

Ordered that the sentence is affirmed *(see, People v Buffa,* 139 AD2d 751; *People v Vasquez,* 104 AD2d 1012; *People v Kazepis,* 101 AD2d 816). Mangano, J. P., Bracken, Kooper and Rosenblatt, JJ., concur.